

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00505-CR

Christopher G. **CARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8418A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on March 20, 2014. The State's first motion for extension of time was granted, extending the deadline for filing the brief to April 21, 2014. On April 22, 2014, the State filed a motion requesting an additional extension of time to file the brief until May 21, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by May 21, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court